UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | : | Case No. 11-53512 |
| Lorenzo Scott | | |
| Drema L. Scott, | : | Chapter 13 |
| Debtor(s). | : | Judge John E. Hoffman Jr. |

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Faye D. English, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: August 17, 2016
/s/ Faye D. English
Faye D. English (#0075557)
Chapter 13 Trustee
10 W. Broad Street, Suite 900
Columbus, OH 43215
614-420-2555 telephone
614-420-2550 facsimile
faye.english@ch13columbus.com

| Name and Address | Amount |
|---|---|
| Wells Fargo Financial Bank | $187.76 |
| P.O. Box 5943 | |
| Sioux Falls, SD 57117 | |